## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Keith Bryan Donovan** | Social Security number or ITIN  **xxx–xx–4421** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Christina Hensley Donovan** | Social Security number or ITIN  **xxx–xx–7414** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **7**   **10/9/19** |
| Case number:   **19–35318–KRH** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Keith Bryan Donovan | | Christina Hensley Donovan |
| 2. | **All other names used in the last 8 years** | | | aka Tina Donovan |
| 3. | **Address** | 5400 Towles Mill Road<br>Partlow, VA 22534 | | 5400 Towles Mill Road<br>Partlow, VA 22534 |
| 4. | **Debtor's attorney**<br>Name and address | Robert Easterling<br>2217 Princess Anne St., Ste. 100–2<br>Frederickburg, VA 22401 | | Contact phone (540)373–5030<br>Email: eastlaw@easterlinglaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Peter J. Barrett<br>Kutak Rock LLP<br>901 East Byrd Street, Suite 1000<br>Richmond, VA 23219 | | Contact phone (804) 343–5237<br>Email: peter.barrett@kutakrock.com |

**For more information, see page 2 >**

Debtor  **Keith Bryan Donovan**  and  **Christina Hensley Donovan**                    Case number **19–35318–KRH**

| | | |
|---|---|---|
| **6.  Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: October 10, 2019 |
| **7.  Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8.  Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.  Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>   or<br><br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  January 17, 2020** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.  Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

Debtor  **Keith Bryan Donovan**  and  **Christina Hensley Donovan**                                    Case number **19–35318–KRH**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                      Case No. 19-35318-KRH
Keith Bryan Donovan                                                         Chapter 7
Christina Hensley Donovan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc          Page 1 of 2          Date Rcvd: Oct 10, 2019
                             Form ID: 309A           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db/jdb        +Keith Bryan Donovan,    Christina Hensley Donovan,    5400 Towles Mill Road,
               Partlow, VA 22534-9505
15058577      +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, Missouri 63179-0441
15058578      +Bryan Wayne Donovan,    5400 Towles Mill Road,    Partlow, Virginia 22534-9505
15058583      +Citibank,    P.O. Box 6042,    Sioux Falls, South Dakota 57117-6042
15058584      +Client Services, Inc.,    3451 Harry S Truman Boulevard,    Saint Charles, Missouri 63301-9816
15058587      +Donovans Transport Incorporated,    5400 Towles Mill Road,    Partlow, Virginia 22534-9505
15058588      +FedLoan Servicing,    Attn: Bankruptcy,    P.O. Box 69184,    Harrisburg, Pennsylvania 17106-9184
15058589      +Financial Pacific Leasing, Inc.,    3455 S. 344th Way, #300,
               Federal Way, Washington 98001-9546
15058590      +First Savings Credit Card,    P.O. Box 5019,    Sioux Falls, South Dakota 57117-5019
15058592      +Headway Capital, LLC,    175 W. Jackson Boulevard, #1000,    Chicago, Illinois 60604-2863
15058594      +Little Tire Company Inc.,    2415 Princess Anne Street,    Fredericksburg, VA 22401-3331
15058596      +NAPA of Fredericksburg,    10879 Houser Drive,    Fredericksburg, Virginia 22408-2451
15058598      +NSWC Federal Credit Union,    P.O. Box 966,    Dahlgren, Virginia 22448-0966
15058599      +Office of the U.S. Attorney,    919 E Main Street, #1900,    Richmond, Virginia 23219-4622
15058601      +Sears/Shop Your Way,    P.O. Box 6283,    Sioux Falls, South Dakota 57117-6283
15058602      +Specialized Loan Servicing,    8742 Lucent Boulevard, #300,
               Highlands Ranch, Colorado 80129-2386
15058609      +Tractor Supply Credit Plan,    P.O. Box 790449,    St. Louis, MO 63179-0449
15058610      +U.S. Attorney General,    U.S. Department of Justice,    950 Pennsylvania Avenue NW,
               Washington, District of Columbia 20530-0009
15058612      +U.S. Department of the Treasury,    Bureau of the Fiscal Service,    P.O. Box 830794,
               Birmingham, Alabama 35283-0794
15060165      +United States Attorney,    919 E Main St.,    Suite 1900,    Richmond, VA 23219-4625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: eastlaw@easterlinglaw.com Oct 11 2019 03:22:43     Robert Easterling,
               2217 Princess Anne St., Ste. 100-2,    Fredericksburg, VA  22401
tr            +EDI: QPJBARRETT.COM Oct 11 2019 07:03:00     Peter J. Barrett,    Kutak Rock LLP,
               901 East Byrd Street, Suite 1000,    Richmond, VA 23219-4071
15058579       E-mail/Text: cms-bk@cms-collect.com Oct 11 2019 03:25:04     Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, New York 14206-2317
15058580      +EDI: CAPITALONE.COM Oct 11 2019 07:03:00     Capital One,    P.O. Box 30285,
               Salt Lake City, Utah 84130-0285
15058581      +EDI: CAPONEAUTO.COM Oct 11 2019 07:04:00     Capital One Auto Finance,    P.O. Box 660068,
               Sacramento, California 95866-0068
15058582      +EDI: CAPITALONE.COM Oct 11 2019 07:03:00     Capital One/Walmart,    P.O. Box 30285,
               Salt Lake City, Utah 84130-0285
15058585      +EDI: RCSFNBMARIN.COM Oct 11 2019 07:03:00     Credit One Bank, N.A.,    P.O. Box 98873,
               Las Vegas, Nevada 89193-8873
15058585      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2019 03:32:32
               Credit One Bank, N.A.,    P.O. Box 98873,    Las Vegas, Nevada 89193-8873
15058586      +EDI: DISCOVER.COM Oct 11 2019 07:03:00     Discover Financial Services LLC,    P.O. Box 3025,
               New Albany, Ohio 43054-3025
15058591      +EDI: PHINAMERI.COM Oct 11 2019 07:03:00     GM Financial,    P.O. Box 183834,
               Arlington, Texas 76096-3834
15058593       E-mail/Text: bncnotices@becket-lee.com Oct 11 2019 03:24:47     Kohl's Credit,    P.O. Box 3043,
               Milwaukee, Wisconsin 53201-3043
15058595      +EDI: MERRICKBANK.COM Oct 11 2019 07:03:00     Merrick Bank,    P.O. Box 9201,
               Old Bethpage, New York 11804-9001
15058595      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 11 2019 03:35:31     Merrick Bank,
               P.O. Box 9201,    Old Bethpage, New York 11804-9001
15058597      +E-mail/Text: emiller@northmillef.com Oct 11 2019 03:25:04     North Mill Equipment Finance LLC,
               50 Washington Street, 10th Floor,    Norwalk, Connecticut 06854-2751
15058603      +EDI: RMSC.COM Oct 11 2019 07:03:00     SYNCB/Care Credit,    Attn: Bankruptcy Dept.,
               P.O. Box 965064,    Orlando, Florida 32896-5064
15058604      +EDI: RMSC.COM Oct 11 2019 07:03:00     SYNCB/Lowes,    Attn: Bankruptcy Dept.,    P.O. Box 965060,
               Orlando, Florida 32896-5060
15058605      +EDI: RMSC.COM Oct 11 2019 07:03:00     SYNCB/Rakuten,    Attn: Bankruptcy Dept.,
               P.O. Box 965060,    Orlando, Florida 32896-5060
15058606      +EDI: RMSC.COM Oct 11 2019 07:03:00     SYNCB/Walmart,    Attn: Bankruptcy Dept.,
               P.O. Box 965060,    Orlando, Florida 32896-5060
15058600      +EDI: SEARS.COM Oct 11 2019 07:03:00     Sears Credit Cards,    P.O. Box 6283,
               Sioux Falls, South Dakota 57117-6283
15058608       EDI: TFSR.COM Oct 11 2019 07:03:00     Toyota Financial Services,    Attn: Bankruptcy Dept.,
               P.O. Box 8026,    Cedar Rapids, Iowa 52409
15058607      +EDI: WTRRNBANK.COM Oct 11 2019 07:03:00     Target Card Services,    3901 West 53rd Street,
               Sioux Falls, South Dakota 57106-4221
15058611      +EDI: ECMC.COM Oct 11 2019 07:03:00     U.S. Department of Education,    P.O. Box 16448,
               Saint Paul, Minnesota 55116-0448
15058613      +E-mail/Text: bankruptcynotices@sba.gov Oct 11 2019 03:24:43
               U.S. Small Business Administration,    409 3rd Street, SW,    Washington, D.C. 20416-0002

```
District/off: 0422-7         User: manleyc          Page 2 of 2           Date Rcvd: Oct 10, 2019
                            Form ID: 309A          Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15058614       +EDI: WFFC.COM Oct 11 2019 07:03:00     Wells Fargo Bank,    P.O. Box 95225,
                Albuquerque, New Mexico 87199-5225
15058615       +EDI: WFFC.COM Oct 11 2019 07:03:00     Wells Fargo Card Services,   P.O. Box 10347,
                Des Moines, Iowa 50306-0347
                                                                                     TOTAL: 25

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
```
          John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
          Peter J. Barrett   peter.barrett@kutakrock.com,
           charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com
          Robert  Easterling    on behalf of Joint Debtor Christina Hensley Donovan
           eastlaw@easterlinglaw.com,  eastlaw@infionline.net
          Robert  Easterling    on behalf of Debtor Keith Bryan Donovan eastlaw@easterlinglaw.com,
           eastlaw@infionline.net
                                                                                     TOTAL: 4
```